**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JACOB THOMAS EARLS**     **PLAINTIFF**
**ADC # 114556**

**VS.**     **2:15CV00171-BRW-JJV**

**LUKE CANTRELL, Deputy, Cross
County Sheriff's Department;** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Sims is DISMISSED without prejudice from this action.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 3rd day of February, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE